UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL KENNETH YOUNG, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:25-cv-00385-MHH-SGC |
| WARDEN, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Michael Kenneth Young, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Mr. Young asserts that the Bureau of Prisons improperly calculated and applied time credits under the First Step Act toward his early release from custody. (Doc. 1).

On October 1, 2025, the magistrate judge entered a report in which she recommended the Court deny the petition because Mr. Young has not exhausted his administrative remedies. (Doc. 10). The magistrate judge advised Mr. Young of his right to file written objections to the report and recommendation within 14 days. (Doc. 10). To date, the Court has not received objections or another response from Mr. Young.

Having considered the materials in the Court's electronic record for this case, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss Mr. Young's petition.

**DONE** and **ORDERED** this December 8, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE